IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEXANS INC. and BERK-TEK LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 12-1491-SLR/SRF |
| ) | |
| BELDEN INC., BELDEN ) | |
| TECHNOLOGIES, INC. and BELDEN ) | |
| TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this ___ day of March, 2014, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on February 19, 2014, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 71) is adopted.

2. Plaintiffs' motion for a stay (D.I. 47) is denied without prejudice to renew pending completion of IPR.

United States District Judge